```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
STEVEN B. THOMAS,

                        Plaintiff,
                                                                    ORDER
        -against-                                                   CV 12-4343 (JMA) (AYS)

NASSAU COUNTY POLICE DEPT.,
JOHN WELLENREUTHER,

                        Defendants.
----------------------------------------------------------X
```

**ANNE Y. SHIELDS, Magistrate Judge:**

This is an action commenced pursuant to 42 U.S.C. §1983 alleging violation of Plaintiff's Eighth and Fourteenth Amendment rights. This court previously denied Plaintiff's motion to compel and for sanctions pursuant to Rule 37 of the Federal Rules of Civil Procedure. Docket Entry ("DE") 36. Plaintiff's motion was denied without prejudice to renewal upon the Defendants' submission of a written response to the motion, detailing the basis for all objections and describing the nature of the documents produced. The court further stated that, if necessary, a discovery hearing and conference would be scheduled.

Defendants have timely submitted the required letter and the Plaintiff has not renewed his motion. The Court has reviewed Defendants' detailed submission and, in light of the Plaintiff's pro se status, considering his motion to have been renewed, hereby denies that motion. Defendants have properly complied with the discovery requests. The Court directs counsel and the pro se plaintiff to advise this court as to the status of this matter, and whether it is ready for dispositive motion practice and/or trial. Defendants are directed to serve a copy of this order on pro se Plaintiff forthwith. Proof of service shall thereafter be electronically filed.

Dated: Central Islip, New York

July 6, 2015

                                                                  /s/      Anne Y. Shields
                                                              Anne Y. Shields
                                                              United States Magistrate Judge